| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| ESTEBAN ROGELIO GARCIA, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| versus | § | CIVIL ACTION H-09-1408 |
| | § | |
| CHRISTOPHER C. KIRK, ET AL., | § | |
| | § | |
| Defendants. | § | |

## Opinion on Dismissal

Plaintiffs filed this case while confined in the Brazos County Jail. Plaintiffs were apparently released and have failed to keep the court advised of their current address as required by Local Rule 83.4. Under the court's inherent power to manage its own docket, this case will be dismissed for want of prosecution. *See* FED. R. CIV. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769 (5th Cir. 1997). Catarino Castillo is also dismissed as a Plaintiff because she does not raise any claims.

Signed  July 10 , 2009, at Houston, Texas.

Lynn N. Hughes
United States District Judge